[No. 55661-4-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMELL CHATMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-11640-2, Brian D. Gain, J., entered February 4, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55686-0-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WAYNE SASSE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-10357-4, Nicole MacInnes, J., entered January 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55889-7-I.   Division One.   April 24, 2006.]

*In the Matter of the Marriage of* DONALD WINDER, *Appellant,* and MARCIA WINDER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-3-01036-5, David F. Hulbert, J., entered September 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55929-0-I.   Division One.   April 24, 2006.]

BUSINESS FINANCE CORPORATION, *Appellant,* v. ARTHUR HARDING ET AL., *Defendants,* MARVIN COLE GENERAL CONTRACTOR, INC. *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-05428-7, Suzanne M. Barnett, J., entered February 23, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, A.C.J., and Ellington, J.